UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sierra Kiwi Corporation , <br><br>     Plaintiff, <br><br> v. <br><br> Rui Wen, Inc., <br><br>     Defendant. | Case No. 2:13-cv-01334 LKK EFB <br><br> **DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Rui Wen, Inc. in the amount of $39,901.00, with interest thereon at a rate of 0.17 percent per annum from 11/1/2010 until paid, plus $500.00.

Date: January 09, 2014                                      MARIANNE MATHERLY, CLERK

                                                            By: /s/ G. Michel
                                                            Deputy Clerk